1  ROBERT H. NUNNALLY, JR.
   State Bar Number 134151
2  WISENER✶NUNNALLY✶GOLD, LLP
   625 West Centerville Road, Suite 110
3  Garland, Texas 75041
   (972) 840-9080
4  Facsimile (972) 840-6575

5  Attorneys for ADP Commercial Leasing, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADP COMMERCIAL LEASING, LLC | Case No. 2:08-CV-02424-MCE-JFM |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| EL DORADO HILLS DODGE, INC. AND LARRY CARMEAN | Date: May 28, 2009<br>Time: 11:00 a.m.<br>Courtroom: Courtroom No. 26 – 8th Floor |
| Defendants | Location of Court: United States Courthouse, 501 I Street, Sacramento, CA 95814 |

---

1

**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT**

On the date set forth above this Court heard the Plaintiff's Motion for Default Judgment. After considering the papers and arguments offered in support of and in opposition to the motion, the Court GRANTS the Motion, and hereby enters judgment in favor of Plaintiff ADP Commercial Leasing against Defendants El Dorado Hills Doge, Inc. and Larry Carmean, and awards Plaintiff:

1. $87,682.59 in actual damages;
2. $3520.99 for attorneys' fees ; and
3. Interest on these sums from July 30, 2008 to February 13, 2009 in the amount of $8,561.52 plus $43.24 per day thereafter until paid.

So ordered.

Signed this 26th day of June, 2009.

/s/R. Matson
_____
for Victoria C. Minor, Clerk of Court