IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADP COMMERCIAL LEASING, LLC, | No. 2:08-cv-2424 MCE JFM |
| Plaintiff, | |
| vs. | AMENDED ORDER |
| EL DORADO HILLS DODGE, INC., AND LARRY CARMEAN, | |
| Defendants. | |

Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On May 29, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed May 29, 2009, are adopted in full;

2. Plaintiff's April 14, 2009 renewed motion for entry of default judgment is granted.

3. Plaintiff is awarded $87,682.59 in actual damages.

4. Plaintiff is awarded interest in the amount of $8,561.52 from July 30, 2008 through February 13, 2009, and the sum of $43.24 per day until payment in full.

5. Plaintiff is awarded $3,520.99 in attorneys fees and costs.

6. The proposed judgment, filed by plaintiff on April 14, 2009 (docket no. 17-3), shall be issued herewith.

Dated: June 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE